IN THE UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff/Appellee, ) | |
| ) | Case No. 14-4724(L) |
| v. ) | |
| ) | |
| JOAQUIN GONZALEZ VICENCIO, ) | |
| ) | |
| JOAQUIN BERUMEN CORTES, ) | |
| ) | |
| Defendants/Appellants. ) | |

## UNOPPOSED MOTION TO EXCEED JOINT APPENDIX PAGE LIMIT IN COURT-APPOINTED, CONSOLIDATED CASE

Counsel for Appellants move the Court to grant leave for the parties to exceed the page limit for the joint appendix in court-appointed cases pursuant to Fourth Circuit Local Rule 32(a) for the following reasons:

1. The jury trial in this multi-defendant case took three days and has generated several hundred pages of transcripts. For purposes of appeal, the Court has consolidated Mr. Gonzalez Vicencio's and Mr. Berumen Cortes' appeals.

2. After reviewing the record in this case, counsel for Appellants have determined that appealable issues exist in both the trial and sentencing phases of this case. Both Appellants anticipate appealing at least one sentencing issue, requiring two sets of supporting documents for the Court's review.

3. Counsel for both Appellants and Appellee have conferred and made concerted efforts to pare down the testimony of witnesses and exhibits needed to properly present the appealable issues to the Court. After agreeing to exclude certain witness' testimony, certain documents filed, and certain exhibits admitted, counsel have determined that the documents, exhibits, and transcripts needed for the appendix will exceed 250 sheets by an estimated 50-75 sheets.

4. Counsel for Appellants have consulted with counsel for Appellee, Elizabeth Wright, about this request. Ms. Wright has no opposition to this request. Mr. Bostic agrees with this request as well.

5. Thus, pursuant to Fourth Circuit Local Rule 32(a), Appellants seek leave from the Court to present a joint appendix in this appeal that exceeds the 250-sheet limit for court-appointed cases.

Respectfully submitted this 27th day of January, 2015.

/s/ Michael T. Hemenway
_____
Michael T. Hemenway
Lead Counsel for Appellants

CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Elizabeth G. Wright
United States Attorney's Office
Western District of Virginia
elizabeth.wright2@usdoj.gov

Darren Bostic
Bostic & Bostic PC
rdbostic32@gmail.com

/s/ Michael T. Hemenway

_____
Michael T. Hemenway
Lead Counsel for Appellants